**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 FEB 21 P 3:59

William Dew

*(In the space above enter the full name(s) of the plaintiff(s).)*

2:20-CV00344-SDW LDW

- against -

Amended **COMPLAINT**

S Columbia Terrace, LLC

Jury Trial: [X] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | William Dew |
| Street Address | 15B Columbia Terrace Apt 2 |
| County, City | Bergen, Edgewater |
| State & Zip Code | New Jersey 07020 |
| Telephone Number | 646 752 3180 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name S Columbia Terrace, LLC
Street Address 208 Truman Drive
County, City Bergen, Cresskill
State & Zip Code New Jersey, 07626

Defendant No. 2
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 3
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 4
Name ______
Street Address ______
County, City ______
State & Zip Code ______

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Fair Housing Act: See The State of New Jersey Office of The Attorney General Department of Law & Public Safety Division on Civil Rights Verified complaint

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? See attached

The State of New Jersey Office of The Attorney General Department of Law & Public Safety Division on Civil Rights Verified complaint

B. What date and approximate time did the events giving rise to your claim(s) occur? See attached

The State of New Jersey Office of The Attorney General Department of Law & Public Safety Division on Civil Rights Verified complaint

What happened to you?

C. Facts: See attached plaintiff's certification of facts

*The State of New Jersey Office of The Attorney General Department of Law &* Public Safety Division on Civil Rights Verified complaint

Who did what?

See attached plaintiff's certification of facts

Was anyone else involved?

See attached plaintiff's certification of facts

Who else saw what happened?

Ms. Sue Paletta of the Fair housing Council

Housing investigator Ms. Adriana Tovar

See attached Ms. Delacruz certification

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. SEE

The State of New Jersey Office of The Attorney General Department of Law & Public Safety Division on Civil Rights Verified complaint

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Ordered the defendant to rent apartment to Black and Hispanic people accept state and federal rental assistance award actual and punitive damages in a amount to be determined by the court.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of February, 20 20.

Signature of Plaintiff [signature]

Mailing Address 15B Columbia Terrace Apt 2B
Edgewater, NJ 07020

Telephone Number 646 752 3180

Fax Number *(if you have one)*

E-mail Address Dew88@aol.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: [signature]