# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM DEW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>S. COLUMBIA TERRACE, LLC and<br>THE RIVER CLUB,<br><br>　　　　　Defendants. | Civil Action No.<br><br>20-344 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of plaintiff William Dew's July 30, 2021 Rule 62.1 Motion for Indicative Ruling for Relief from Judgment (ECF No. 17) and Motion for Reconsideration (ECF No. 18); and

**WHEREAS** by Order dated April 8, 2020, the Court dismissed this action with prejudice (ECF No. 10); and

**WHEREAS** by Order of July 15, 2020, the Court denied plaintiff's motion for reconsideration of that dismissal (ECF No. 12); and

**WHEREAS** the United States Court of Appeals for the Third Circuit affirmed the dismissal of the action and denial of reconsideration by Judgment entered May 3, 2021 (ECF No. 16); and

**WHEREAS** no mandate has issued restoring jurisdiction to this Court;

**IT IS** on this day, August 27, 2021:

**ORDERED** that plaintiff's Rule 62.1 Motion for Indicative Ruling for Relief from Judgment (ECF No. 17) and Motion for Reconsideration (ECF No. 18) are **TERMINATED** as procedurally improper insofar as the affirmance of the dismissal with prejudice of this action ended

this action; and it is further

      **ORDERED** that the Clerk of Court shall terminate the motions at ECF Nos. 17 and 18.


      *s/ Leda Dunn Wettre*
      Hon. Leda Dunn Wettre
      United States Magistrate Judge